IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

   -v-                                              07-MC-32

$10,607.00 UNITED STATES CURRENCY,

        Defendant.

_____

**ORDER EXTENDING PLAINTIFF'S TIME TO FILE
COMPLAINT IN CIVIL FORFEITURE ACTION**

Upon review of the Stipulation to Extend Plaintiff's Time To File Civil Forfeiture Action that was entered into by the United States of America, by its attorney, Terrance P. Flynn, United States Attorney for the Western District of New York, William J. Knapp, Assistant United States Attorney, of counsel, and by and through claimant Daniel M. Frick's attorney, Robert M. Goldstein, Esq., it is hereby

**ORDERED**, that the plaintiff's time to file its Verified Complaint for Forfeiture against the above-captioned property is extended to September 10, 2007, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

      SO ORDERED.

                                              s/ *Richard J. Arcara*
                                              HONORABLE RICHARD J. ARCARA
                                              CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT

DATED: July 18, 2007